United States District Court
Southern District of Texas
**ENTERED**
August 10, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 4:22-CR-00212 |
| | § | |
| TRONOWN THOMAS | § | |
| | § | |
| Defendants. | § | |

**ORDER TO PROVIDE MEAL TO JURY**

The Clerk is ORDERED to provide the jury, consisting of 13 members, with breakfast, August 4th through August 7th and August 10, 2026.

A copy of this order will be provided to the Financial Section for reimbursement for the meals.

Signed on August 10, 2026.

Alfred H. Bennett
United States District Judge