United States District Court
Southern District of Texas
**ENTERED**
August 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:22-CR-00212-001 |
| | § | |
| TRONOWN THOMAS | § | |

**ORDER FOR WITHDRAWAL OF EXHIBITS**

All exhibits offered and admitted during the trial in the above-mentioned case must be withdrawn and retrieved from the court within seven (7) days from the date of this order. For the purpose of appeal, parties will electronically file the exhibits on the record for transmission to the 5th Circuit Court of Appeal.

Exhibits will be disposed of without further notice from the court.

Signed on August 12, 2026.

Alfred H. Bennett
United States District Judge